**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**BATON ROUGE DIVISION**

| | |
|---|---|
| LATISHIA HARBOR, )<br>)<br>Plaintiff, )<br>)     3:11-cv-00822-KDE-AC<br>v. )<br>)<br>PINNACLE FINANCIAL GROUP, INC. )<br>Defendant. ) | |

## VOLUNTARY DISMISSAL

LATISHIA HARBOR (Plaintiff), by her attorney and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, <u>without</u> prejudice, PINNACLE FINANCIAL GROUP, INC., (Defendant), in this case, with all parties to bear their own costs.

RESPECTFULLY SUBMITTED,

By: <u>/s/ Jonathan Hilbun</u>
Jonathan Hilbun
LA SBN: 29248
2404 Middlecoff Drive
Gulfport, MS 39507
Telephone:504.214.0459
Email: jonathan.hilbun@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Motion was submitted by US Mail to the following:

Pinnacle Financial Group
7825 Washington Avenue, Suite 310
Minneapolis, MN 55439

By: <u>/s/ Jonathan Hilbun</u>
Jonathan Hilbun